**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Miguel GOMEZ-REGALADO,**
**Defendant-Appellant**

**No. 17-40106**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed September 27, 2017

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Miguel Gomez-Regalado, Pro Se

Before HIGGINBOTHAM, JONES, and SMITH, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Miguel Gomez-Regalado has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Gomez-Regalado has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under